UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
Ft. Lauderdale
www.flsb.uscourts.gov

In Re:                                              CASE NO.: 15-14263-JKO
                                                    Chapter 7
NORAL IRON DESIGNS, INC.,

    Debtor.
_____/

**TRUSTEE'S NOTICE OF SALE**

| DATE OF SALE: |
|---|
| Saturday, April 18, 2015 at 10:00 a.m. |

TO: ALL CREDITORS AND INTERESTED PARTIES ENUMERATED ON THE LIST ATTACHED TO THE ORIGINAL NOTICE ON FILE WITH THE COURT.

The Trustee, **CHAD S. PAIVA** ("Trustee"), files this Notice of Sale regarding assets of the above referenced bankruptcy estate to wit: the Trustee's right, title, and interest in the following assets: Miscellaneous inventory, equipment, tools, raw materials, office furniture and equipment, and other items of personal property set forth on the attached inventory list.

                                 **TERMS AND CONDITIONS OF THE SALE ARE AS FOLLOWS:**

    A.    **METHOD OF SALE:** Absolute auction. The Trustee reserves the right to sell the assets in a single lot or several lots. The Trustee reserves the right to conduct a bulk sale at the end of the auction to dispose of any remaining assets not bid upon. The winning bidder(s) shall remove all purchased items from the premises by 4:00 p.m. on Tuesday, April 21, 2015.

    B.    **PAYMENT METHOD:** The winning bidder(s) shall pay a minimum 25% deposit at the close of bidding for the winning bid amount plus the 10% buyer's premium with the balance to be paid by 4:00 p.m. on Monday, April 20, 2015. All payments must be made by cash or cashier's check made payable to "Chad S. Paiva, Trustee."

    B.    **LOCATION OF SALE:** The sale will be conducted by **National Auction Company** and will be held at Debtor's premises located at **617 SW 2nd Ave., Ft. Lauderdale, Florida 33315**.

1

C.  **PREVIEW TIME AND LOCATION**: There will be a preview on Friday, April 17, 2015 from 1:00 p.m. to 5:00 p.m. at the Debtor's premises located at 617 SW 2nd Ave., Ft. Lauderdale, FL. Any potential bidder wishing to preview the assets up for auction prior to Friday, April 17, 2015, is instructed to email the Trustee at trustee@gmlaw.com. The Trustee reserves the right to limit the preview to the date and time set forth herein.

D.  **CONDITION OF ASSETS**: Every effort has been made to provide as complete and accurate description as possible. The Trustee's office makes no representations as to the condition of any asset being sold. Everything is sold in **"as-is," "where-is"** condition, without any warranty, representation or guarantee, and subject to all liens and encumbrances, if any. The Trustee's research indicates that there are no liens or encumbrances on any of the assets to be sold.

E.  **DOCUMENTATION PROVIDED AT CLOSE OF SALE**: A Bill of Sale will be provided upon payment. All assets purchased must be removed from the premises by 4:00 p.m. on Tuesday, April 21, 2015.

F.  **FLORIDA STATE SALES TAX**: If applicable, the Trustee **is required** by the State of Florida to collect sales tax at a rate of 6.5% on all sales of personal property. If you wish to request tax exempt status on sales, you are required to provide an Annual Resale Certificate to the Trustee. The Certificate **must include** the name and address of the purchaser, the effective date and number of the dealer's Certificate of Registration, and the dealer's signature. The Bill of Sale in tax exempt sales will contain the name of the business or person holding the sales tax certificate. IF YOU HAVE NOT COMPLIED WITH THIS REQUIREMENT AT THE TIME OF THE SALE, SALES TAX WILL BE COLLECTED.

***ALL BIDS ARE SUBJECT TO FINAL CONFIRMATION AND APPROVAL BY THE TRUSTEE ***

Any creditor or interested party may file a written objection, if any, with the Clerk, United States Bankruptcy Court, located at 299 E. Broward Blvd., Room 112, Fort Lauderdale, Florida 33301, stating the basis for their objection, and must serve a copy on the Trustee prior to the sale date.

Pursuant to Bankruptcy Rule 6004 and Local Rule 6004-1(B), the proposed sale will be deemed approved without the necessity of a hearing or order if no

**objection to the sale is filed and served within 21 days from the date of service of this notice, or, at least 5 days prior to the date of the proposed sale.**

I HEREBY CERTIFY that a true and correct copy of the foregoing was served on all creditors and those parties enumerated on the attached service list and to those parties listed below via CM/ECF and regular mail.

Dated:  March 19, 2015

By: /S/ *Chad S. Paiva, Trustee*
CHAD S. PAIVA, TRUSTEE
250 S. Australian Ave., Suite 700
West Palm Beach, FL 33401
Telephone:  (561) 227-2370
Facsimile:   (561) 653-3937
Email: trustee@gmlaw.com

Via CM/ECF:

- George Castrataro george@lawgc.com, jason@lawgc.com;lawgcbk@gmail.com;Bryan@lawgc.com;help@lawgc.com
- Office of the US Trustee USTPRegion21.MM.ECF@usdoj.gov
- Chad S Paiva chad.paiva@gmlaw.com, katrina.bankert@gmlaw.com
- Chad S. Paiva trustee@gmlaw.com, katrina.bankert@gmlaw.com

Via U.S. Mail:

National Auction Company
1325 S. Congress Avenue
Suite 202
Boynton Beach, FL 33426

Berger Commercial Realty Corporation
Attn: G. Yehuda
1600 SE 17th Street, Ste. 200
Ft. Lauderdale, FL 33316

All creditors on Matrix attached to original Notice on File with the Court

United States Bankruptcy Court
Southern District of Florida • Fort Lauderdale Division
In Re: Noral Iron Designs, Inc.
Case Number: 15-14263-JKO
Chad Paiva, Trustee

Personal Property Inventory
617 SW 2 Avenue
Fort Lauderdale, Florida
March 12, 2015

|     | LOCATION ROOM | DESCRIPTION |
|-----|---------------|-------------|
| 1.  | Shop          | Heavy-Duty Industrial Floor Fan |
| 2.  |               | Assorted Hand Shaping Tools & Hammers |
| 3.  |               | Assorted Iron (Materials) |
| 4.  |               | Assorted Anvils & Shaping Instruments |
| 5.  |               | Heavy-Duty Gas-Fired Oven |
| 6.  |               | Overhead Exhaust Hood & Internal Fans |
| 7.  |               | Heavy-Duty Work Bench |
| 8.  |               | Bench Grinder |
| 9.  |               | Bench Sander |
| 10. |               | Buffalo Drill Press |
| 11. |               | Iron/Steel Bending & Shaping Machine |
| 12. |               | Beaudry Milling & Shaping Machine |
| 13. |               | Little Giant Punch Press |
| 14. |               | Nazel Shaping & Forming Machine |
| 15. |               | Hydraulic Bending Machine |
| 16. |               | Assorted Materials & Storage Rack (Wrought Iron, Stainless Steel & Aluminum) |
| 17. |               | (2) Heavy-Duty Work Benches |
| 18. |               | Heavy-Duty Vise |
| 19. |               | Hydraulic Press (Hand-Operated) |
| 20. |               | (2) Miller Dynasty 300SD Tig Welding Machines |
| 21. |               | Overhead Rails, Chains, Hoists & Rollers |
| 22. |               | 2-Door Frigidaire Refrigerator |

|  | LOCATION ROOM | DESCRIPTION |
|---|---|---|
| 23. |  | Assorted Hand & Power Tools |
| 24. | Office | Computer Desk |
| 25. |  | (3) Office Chairs |
| 26. |  | Paper Shredder |
| 27. |  | Hewlett-Packard OfficeJet Printer (Model 6500P) |
| 28. |  | Sony Bookshelf Stereo |
| 29. |  | Double Pedestal Desk |
| 30. |  | Drafting Table |
| 31. |  | 4-Drawer Letter Filing Cabinet |
| 32. |  | (2) Bookcases |
| 33. |  | 2-Drawer Lateral Filing Cabinet |
| 34. | Outside Shed | (2) Heavy-Duty Air Compressors |
| 35. |  | Assorted Materials (Finished Goods & Wrought Iron) |
| 36. |  | Material Handling Stands |
| 37. |  | (2) Heavy-Duty Steel Shelving Units |
| 38. |  | 2-Door Fire Cabinet & Contents (Assorted Paints) |

Report Submitted By:

George Richards
National Auction Company
March 12, 2015

2

```
Label Matrix for local noticing        Noral Iron Designs, Inc.            Alro Metals Service Center Corp.
113C-0                                 5080 SW 11 Street                   6200 Park of Commerce Blvd
Case 15-14263-JKO                      Fort Lauderdale, FL 33317-4409      Boca Raton, FL 33487-8296
Southern District of Florida
Fort Lauderdale
Thu Mar 19 11:30:02 EDT 2015

Double P Construction, Inc.            Eastern Metal Supply, Inc           Ethel Mcintyre
2701 E Oakland Park Blvd               3600 23rd Ave S                     1516 Ponce de Leon Dr
Ste C                                  Lake Worth, FL 33461-3247           Fort Lauderdale, FL 33316-1324
Fort Lauderdale, FL 33306-1655


IRS                                    Louis Petrosino                     Mathenson Tri-Gas Inc.
POB 7346                               1288 Seminole Dr                    Dept 3028
Philadelphia, PA 19101-7346            Fort Lauderdale, FL 33304-1606      POB 123028
                                                                           Dallas, TX 75312-3028


Miller Paint                           Norberto Alfonso                    Office of the US Trustee
100 SW Davie Blvd                      5080 SW 11 Street                   51 S.W. 1st Ave.
Fort Lauderdale, FL 33315-1517         Plantation, FL 33317-4409           Suite 1204
                                                                           Miami, FL 33130-1614


Paul Geller                            Robbins, Geller, Rudman, & Dowd LLP Sixth Street LLC
24 Seneca Rd                           120 E Palmetto Park Rd              3200 N Ocean Blvd
Sea Ranch Lakes, FL 33308-2303         Ste 500                             Ste 1407
                                       Boca Raton, FL 33432-4809           Fort Lauderdale, FL 33308-7159


Chad S. Paiva                          George Castrataro Esq.              George L. Richards
trustee@gmlaw.com                      707 NE 3 Ave 3 Floor                1325 S Congress Ave #202
525 Okeechobee Blvd., Suite 1570       Fort Lauderdale, FL 33304-2683      Boynton Beach, FL 33426-5875
West Palm Beach, FL 33401-6349



End of Label Matrix
Mailable recipients    17
Bypassed recipients     0
Total                  17
```